UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERALD DUCHENE, SCOT BERENSON, MARIAN
BOCRIS, HUSEIN BRACIC, GABY CUCU, JOSE
DAFRAGA, PJETROVIC DAMIR, DANIEL DURDEK,
OMAR EBIED, NARI FERREIRA, SALAH HELAL,
SEAD HOT, ALI KASMI, LADISLAV KULISEK,
FADIL KURMEMOVIC, MARIN MESIC, JOSE
MONGE, EDELMIRO MORENO, SAMMY
MUSOVIC, LAURENCE O'NEILL, IVAN PAVICIC,   :  06 Civ. 4576 (PAC)
SUCKO PJETROVIC, FIKRET RZDONCIC,
FAHRUDIN REDZEPAGIC, ALAETTIN SANGU,
VICTOR SIMOES, DANIEL SUAREZ, BLAISE
YAKSICK, on behalf of themselves and all others
similarly situated,

                Plaintiffs,   :  **CONSENT TO SUE**

   -against-

MICHAEL L. CETTA, INC., d/b/a SPARKS
STEAK HOUSE,

                Defendant.
------------------------------------------------------------------X

    I have read the Notice of Lawsuit and hereby consent to be a plaintiff in the case of *Gerald Duchene, et al., v. Michael L. Cetta, Inc. d/b/a Sparks Steak House*, 06 Civ. 4576 (PAC). I authorize the law firm of Berke-Weiss & Pechman LLP to represent me in this case.

Dated: Sep 6, 2006

Signature: [signed]

Name: SANI HADZIBRAHIMOVIC

Address: 25-77 38th St
Astoria N.Y. 11103

Telephone: 718.204.8540