UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD DUCHENE, ET AL., on behalf of
themselves and all others similarly situated

       Plaintiffs,

-against-

MICHAEL L. CETTA, INC. d/b/a SPARKS
STEAKHOUSE,

       Defendant.

06 Cv. 4576 (PAC)

NOTICE OF SUBSTITUTION OF
COUNSEL FOR DEFENDANT
MICHAEL L. CETTA, INC.
d/b/a SPARKS STEAKSHOUSE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2006

It is hereby stipulated and agreed by and between the law firm of FORD & HARRISON LLP and the law firm of KOSTELANETZ & FINK, LLP, with the consent of the represented party, Michael L. Cetta, Inc. d/b/a Sparks Steakhouse, that FORD & HARRISON LLP may be substituted in place of KOSTELANETZ & FINK, LLP as counsel for the Defendant, Michael L. Cetta, Inc. d/b/a Sparks Steakhouse, and KOSTELANETZ & FINK, LLP is relieved of all further liability as to the representation of Michael L. Cetta, Inc. d/b/a Sparks Steakhouse.

Dated this 20th day of October, 2006    Dated this 20th day of October, 2006

Respectfully submitted,

KOSTELANETZ & FINK, LLP
530 Fifth Avenue; 22nd Floor
New York, New York 10036
Telephone: (212) 808-8100
Facsimile: (212) 808-8108

By: _____
BRIAN C. WILLE, ESQ. (BW-7036)

FORD & HARRISON LLP
100 Park Avenue; Suite 2500
New York, New York 10017
Telephone: (212) 453-5900
Facsimile: (212) 453-5959

By: _____
WILLIAM A. CARMELL, ESQ. (WC-7648)

By: _____
PHILIP K. DAVIDOFF, ESQ. (PD-7488)

SO ORDERED: OCT 2 3 2006
_____
U.S.D.J.