Louis Pechman (LP–6395)
Berke-Weiss & Pechman LLP
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GERALD DUCHENE, et al.,                              :
                                                     :     06 Civ. 4576 (PAC) (GWG)
                                    Plaintiffs,       :
                                                     :
        -against-                                    :     **NOTICE OF**
                                                     :     **MOTION**
MICHAEL CETTA, INC., d/b/a SPARKS                    :
STEAK HOUSE, and MICHAEL CETTA,                      :     **ECF CASE**
                                                     :
                                    Defendants.      :
-----------------------------------------------------------------------X

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and

Declaration of Louis Pechman, the undersigned will move this Court before the

Honorable Paul A. Crotty at the United States District Courthouse, 500 Pearl Street,

Courtroom 20C, New York, New York 10007, on a date and time to be determined by

the Court, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure and

Section 216(b) of the Fair Labor Standards Act granting preliminary approval of a

proposed settlement in this class and collective action.

Dated:  New York, New York
        May 26, 2009

                                        BERKE-WEISS & PECHMAN LLP


                                        By:    ___/s/ Louis Pechman_____
                                               Louis Pechman (LP-6395)
                                               488 Madison Avenue, 11th Floor
                                               New York, New York 10022
                                               (212) 583-9500
                                               *Attorneys for Plaintiffs*

2

To:    William A. Carmell, Esq. (WC-7648)
Philip K. Davidoff (PD-7488)
Ford & Harrison
100 Park Avenue, Suite 2500
New York, New York 10017
(212) 453-5942
*Attorneys for Defendant*