Louis Pechman (LP-6395)
Jessica Tischler (JT-1582)
Berke-Weiss & Pechman LLP
488 Madison Avenue
New York, New York 10022
(212) 583-9500
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERALD DUCHENE, et al.,          :
                                 :   06 Civ. 4576 (PAC) (GWG)
                  Plaintiffs,    :
                                 :   **NOTICE OF MOTION**
       -against-                 :   **FOR FINAL APPROVAL**
                                 :   **OF SETTLEMENT,**
                                 :   **ATTORNEYS' FEES,**
MICHAEL CETTA, INC. d/b/a SPARKS :   **AND SERVICE**
STEAK HOUSE, and MICHAEL CETTA,  :   **PAYMENTS**
                                 :
                  Defendants.    :   **ECF CASE**
------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Louis Pechman, the undersigned will move this Court before the Honorable Paul A. Crotty at the United States District Courthouse, 500 Pearl Street, Courtroom 20C, New York, New York 1007, on September 10, 2009 at 11:00 a.m., for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure and Section 216(b) of the Fair Labor Standards Act granting final approval of the proposed settlement in this class and collective action, and an award of attorneys' fees and service payments.

Dated:  New York, New York
        September 2, 2009

                                            BERKE-WEISS & PECHMAN LLP

                                            By: _____
                                            Louis Pechman (LP-6395)
                                            Jessica Tischler (JT-1582)
                                            488 Madison Avenue, 11th Floor
                                            New York, New York 10022
                                            (212) 583-9500
                                            *Attorneys for Plaintiffs*

To:   William A. Carmell, Esq. (WC-7648)
      Philip K. Davidoff, Esq. (PD-7488)
      Ford & Harrison LLP
      100 Park Avenue, Suite 2500
      New York, New York 10017
      (212) 453-5942
      *Attorneys for Defendants*

2